Frederick A. Pellerin and Edward M. Fetting, partners doing business under the firm name and style of F. A. Pellerin & Co., Plaintiffs in Error, vs. Henderson Davis, Defendant in Error.

Writ of Error to Circuit Court, Duval county.

*H. H. Buckman*, for Plaintiffs in Error.

*H. B. Phillips*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.

Theodore Scholtz, Plaintiff in Error, vs. J. E. Bargainer, as Marshal of the City of Ocala, Defendant in Error.

Writ of Error to Circuit Court, Marion county.

*Hugh E. Miller*, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error.

Writ of error dismissed because no properly certified transcript of record has been filed.